# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA PINEDA, | Case No. 1:22-cv-01287-SAB |
| Plaintiff, | ORDER DISCHARGING ORDER TO SHOW CAUSE RE: DEADLINE TO LODGE ADMINISTRATIVE RECORD |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | (ECF Nos. 12, 13) |
| Defendant. | |

On October 10, 2022, Plaintiff Laura Pineda filed this action seeking judicial review of a final decision of the Commissioner of Social Security ("Commissioner") denying an application for disability benefits pursuant to the Social Security Act. (ECF No. 1.) On October 12, 2022, the Court issued a scheduling order. (ECF No. 5.) Pursuant to the scheduling order and an extension of time, Defendant was to electronically file the administrative record within 90 days of e-service. On November 29, 2022, the Court ordered Defendant to show cause why in writing why sanctions should not issue for the failure to timely lodge the administrative record. (ECF No. 12.) However, as correctly noted in Defendant's response to the order to show cause (ECF No. 13), the deadline to lodge the administrative record is January 10, 2023. The Court apologizes to counsel for its error in calculating of the deadline and the time counsel took to respond to the Court's OSC.

Accordingly, IT IS HEREBY ORDERED that the Court's order to show cause (ECF No. 12) is DISCHARGED.  The Court notes the deadline to lodge the administrative record is January 10, 2023, and all other aspects of the scheduling order (ECF No. 5) continue to remain in effect.

IT IS SO ORDERED.

Dated:  **December 1, 2022**

UNITED STATES MAGISTRATE JUDGE