# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA PINEDA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:22-cv-01287-SAB<br><br>ORDER RE: STIPULATED MOTION TO MODIFY SCHEDULING ORDER<br><br>(ECF Nos. 5, 16) |

    On February 13, 2023, the parties submitted a stipulated request to extend the briefing schedule, which the Court construes as a stipulated motion to modify the scheduling order. (ECF No. 16.) The parties seek an extension of time to file Plaintiff's opening brief from February 23, 2023, to March 27, 2023. This is Plaintiff's first request for an extension. The parties proffer good cause exists because Plaintiff's counsel currently has 18 merit briefs and several letter briefs and reply briefs currently due, and requires additional time to thoroughly brief this matter for the Court. Counsel also proffers he is currently taking partial parental leave and is therefore working limited hours through March 2023. The Court is satisfied that good cause exists to grant the requested extension.

    Accordingly, IT IS HEREBY ORDERED that:

    1.    The parties' stipulated motion to modify the schedule (ECF No. 16) is GRANTED;

2.  Plaintiff shall have until **March 27, 2023**, to file the opening brief; and

3.  All remaining deadlines as set forth in the scheduling order (ECF No. 5) shall be modified accordingly.

IT IS SO ORDERED.

Dated:  **February 13, 2023**

UNITED STATES MAGISTRATE JUDGE

2